IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PAUL WEBER, | § | |
| | § | |
| Defendant Below, | § | No. 252, 2022 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0408022175 (N) |
| | § | |
| Appellee. | § | |

Submitted: February 8, 2023
Decided: March 13, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's June 8, 2022 order denying the appellant's motion under Superior Court Rule 35 and the Superior Court's July 7, 2022 order denying the appellant's motion for reargument. The Court has considered the arguments that the appellant asserted in the various motions that he submitted after February 8, 2023, and finds no basis for reversal of the Superior Court's judgment.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.


BY THE COURT:


_/s/ Collins J. Seitz, Jr._
Chief Justice

2